ACCEPTED
06-15-00035-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/13/2015 12:22:16 PM
DEBBIE AUTREY
CLERK

**FOR THE SIXTH COURT OF APPEALS
AT TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/13/2015 12:22:16 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **CEDRIC CARLDWELL** | § | |
| **Appellant** | | |
| | | |
| V. | § | CASE NO. 06-15-00035-CR |
| | | TRIAL COURT NO. 42773-B |
| | | |
| THE STATE OF TEXAS | | |
| Appellee | § | |

**THIRD MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, CEDRIC CARLDWELL, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted in the 124th District Court, Gregg County, Texas in cause number 42773-B for the offense of Murder. On November 20, 2014, punishment was assessed at Life in the Texas Department of Criminal Justice-Institutional Division.

II.

The Reporter's record was filed on May 5, 2015. The Appellant's Brief is due on or about July 16, 2015.

III.

The Appellant hereby requests an extension of time to file Appellant's Brief.

The undersigned counsel has been unable to devote sufficient time to the review of the record, research and preparation of Appellant's Brief for the following good and sufficient

reasons:

This counsel's illness continues and he is still under a doctor's care.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Brief for an additional one (01) week, to July 23, 2015.

RESPECTFULLY SUBMITTED,


__/s/ Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State.

Date: 07-13-15

\_\_/s/ Clement Dunn_____
Attorney for Appellant

**FOR THE SIXTH COURT OF APPEALS**
**AT TEXARKANA, TEXAS**

**CEDRIC CARLDWELL**          §
    **Appellant**

VI.                                        §          CASE NO. 06-15-00035-CR
                                                      TRIAL COURT NO. 42773-B

THE STATE OF TEXAS
          Appellee                §

**ORDER**

BE IT REMEMBERED, that on the _____ day of _____, 2015, came

on to be considered the above and foregoing Third Motion for Extension of Time to File

Appellant's Brief.  After consideration of the same, it is the opinion of the Court that Appellant's

Motion be:

( )          GRANTED, and the present cause is hereby extended until _____,

2015.

( )          DENIED, to which ruling the Appellant excepts.

( )          SET FOR HEARING ON THE _____ day of _____, 2015, at

_____ o'clock_____.

SIGNED:

_____
JUDGE PRESIDING